1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

9
10

MAYA J. RIPLEY,

11

Plaintiff,

12

vs.

13

ANDREW SAUL,
Commissioner of Social Security,

14
15

Defendant

16

Case No.: 2:20-cv-03737-SP

ORDER AWARDING EQUAL
ACCESS TO JUSTICE ACT
ATTORNEY FEES AND EXPENSES
PURSUANT TO 28 U.S.C. § 2412(d)
AND COSTS PURSUANT TO 28
U.S.C. § 1920

17        Based upon the parties' Stipulation for the Award and Payment of Equal

18   Access to Justice Act Fees, Costs, and Expenses:

19        IT IS ORDERED that fees and expenses in the amount of $3,000.00 as

20   authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be

21   awarded subject to the terms of the Stipulation.

22   DATE:  December 8, 2020

23   _____
          THE HONORABLE SHERI PYM
24        UNITED STATES MAGISTRATE JUDGE

25
26

-1-

1   Respectfully submitted,

2   LAW OFFICES OF LAWRENCE D. ROHLFING

3       /s/ *Brian C. Shapiro*

    _____
4   Brian C. Shapiro
    Attorney for plaintiff Maya J. Ripley
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26